UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHALONYA KYLE,<br><br>      PLAINTIFF<br>vs.<br><br>SGT. DUNCAN BEDLION, *et al.*,<br><br>      DEFENDANTS | Civil Action No. 1:12-cv-1572 (RMC) |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO OPPOSE DEFENDANT'S PARTIAL MOTION TO DISMISS**

    Plaintiff respectfully requests that the deadline to reply to Defendants Partial Motion to Dismiss be extended until January 25, 2013. This extension is required because Plaintiff's attorney Jeffrey L. Light has contracted the flu and pneumonia and is unable to work or even get out of bed.

    Defendants' attorney Patricia Donkor consented to this motion initially, but called back and said that her consent was conditioned on Plaintiff consenting to extend the time for Defendants to reply until February 25, 2013. Because Mr. Light's condition is quite dire, Plaintiff's attorneys agreed to consent to and include Defendants' request in this motion in exchange for Defendants' consent to this motion for an extension of time.

    Dated: January 15, 2012

                                                      Respectfully submitted,

                                                      __/s/ Daniel Hornal_____

Daniel Hornal
Talos Law
D.C. Bar #1005381
705 4th St NW #403
Washington, DC 20001
(202) 709-9662
daniel@taloslaw.com


   /s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202) 277-6213
Jeffrey.Light@yahoo.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHALONYA KYLE,<br><br>   PLAINTIFF<br> vs.<br><br>SGT. DUNCAN BEDLION, *et al.*,<br><br>   DEFENDANTS | Civil Action No. 1:12-cv-1572 (RMC) |

## **ORDER**

Upon consideration of Plaintiff's Unopposed Motion to Extend Time filed on January 15, 2013, it is this ___ day of _____ 2013, hereby,

ORDERED that the motion is granted. Plaintiffs have until January 25, 2012 to file their opposition to Defendants' Partial Motion to Dismiss, and Defendants have until February 25, 2012 to file their reply brief, should they choose to reply.

              _____
              HON. JUDGE ROSEMARY COLLYER
            U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CERTIFICATE OF SERVICE

I hereby certify that this 15th day of January, 2013, I have served a copy of the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO OPPOSE DEFENDANT'S PARTIAL MOTION TO DISMISS** and accompanying proposed order on counsel for Defendants via CM/ECF.

    /s/ Daniel Hornal

    Daniel Hornal
    Talos Law
    D.C. Bar #1005381
    705 4th St NW #403
    Washington, DC 20001
    (202) 709-9662
    daniel@taloslaw.com

    /s/ Jeffrey Light

    Jeffrey L. Light
    D.C. Bar #485360
    1712 Eye St., NW
    Suite 915
    Washington, DC 20006
    (202) 277-6213
    Jeffrey.Light@yahoo.com

    *Counsel for Plaintiff*