UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
                                     )
SHALONYA KYLE,                       )
            Plaintiff,               )
                                     )
        v.                           )   Civil Action No. 12-CV-1572 (KBJ)
                                     )
DUNCAN BEDLION, *et al.*             )
            Defendants.              )
                                     )
_____  )

## ORDER ON DEFENDANTS' PARTIAL MOTION TO DISMISS

As announced in open court at the conclusion of the motion hearing on August 22, 2013, Defendants' partial motion to dismiss Plaintiff's complaint is **DENIED**.

It is hereby **ORDERED** that Defendants file a response to the complaint by **October 27, 2013.** In their response to the complaint, Defendants shall address the complaint's allegations and respond to Plaintiff's claims, as construed by the Court in its oral ruling, as follows:

Count I:  False Arrest and False Imprisonment under D.C. common law against Defendants Bedlion, Davis, Gamm, and Rubin.

Count II:  Assault and Battery under D.C. common law against Defendant Bedlion.

Count III:  Negligence under D.C. common law against Defendants Bedlion, Davis, Gamm, and Rubin; and Negligence against Defendant Wright only with respect to Defendant Wright's alleged duty to investigate Plaintiff's injuries and to ensure that Plaintiff received adequate and timely medical care.

1

Count IV:  Abuse of Process under D.C. common law against Defendants Bedlion, Davis, Gamm, and Rubin.

Count V: Defamation under D.C. common law against Defendants Bedlion, Davis, Gamm, and Rubin only with respect to these Defendants' filing of allegedly false police reports.

Count VI: Violation of 42 U.S.C. § 1983 (Fourth Amendment) against Defendants Bedlion, Davis, Gamm, and Rubin.

Count VII: Violation of 42 U.S.C. § 1983 (Fifth Amendment) against Defendant Bedlion only with respect to Plaintiff's allegations that Defendant Bedlion used excessive force against Plaintiff outside the course of her arrest.

Count VIII: Violation of 42 U.S.C. § 1983 (First Amendment) against Defendant Bedlion only with respect to Plaintiff's allegations that Defendant Bedlion injured her in retaliation for Mr. Lewis' exercise of his First Amendment rights.

**SO ORDERED.**

DATE:  August 22, 2013

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge