UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHALONYA KYLE,<br><br>        PLAINTIFF<br>vs.<br><br>SGT. DUNCAN BEDLION, *et al.*,<br><br>        DEFENDANTS | Civil Action No. 1:12-cv-1572 (KBJ) |

## JOINT MOTION FOR CLARIFICATION

Plaintiff Shalonya Kyle and Defendants respectfully request a clarification from this court.

1. On November 7, 2014 this court issued a ruling that discovery was closed but ordered both parties to submit supplemental briefing.

2. The supplemental briefs were regarding the issue of whether a false statement made in a police report could satisfy the elements of defamation.

3. On November 12, 2014, the court denied Defendant's motion for summary judgment and ordered that discovery be reopened for the case at bar.

4. The November 12, 2014 ruling did not mention anything regarding the status of the supplemental briefs or whether the court was still requesting them.

5. Both Parties are unclear as to whether the November 12, 2014 ruling supersedes the November 7, 2014 ruling in regards whether this court still requires the briefs ordered in the November 7, 2014 ruling.

## **CONCLUSION**

For the foregoing reasons, both the Plaintiff and Defendants request clarification regarding the supplemental briefs ordered in the November 7, 2014 ruling.

    _/s/ Daniel Hornal_
Daniel Hornal
D.C. Bar #1005381
Talos Law
705 4th St NW #403
Washington, DC, 20001
(202) 709-9662
Daniel@taloslaw.com
*Attorney for plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHALONYA KYLE,

       PLAINTIFF

vs.

       Civil Action No. 1:12-cv-1572 (KBJ)

SGT. DUNCAN BEDLION, *et al.*,

       DEFENDANTS

## **MEMORANDUM IN SUPPORT OF JOINT MOTION FOR CLARIFICATION**

1. The inherent power of this court.

          */s/ Daniel Hornal*
          Daniel Hornal
          D.C. Bar #1005381
          Talos Law
          705 4th St NW #403
          Washington, DC, 20001
          (202) 709-9662
          Daniel@taloslaw.com
          *Attorney for plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHALONYA KYLE, )<br>)<br>     PLAINTIFF )<br>   vs. )<br>)<br>SGT. DUNCAN BEDLION, *et al.*, )<br>)<br>     DEFENDANTS )<br>)<br>_____ ) | Civil Action No. 1:12-cv-1572 (KBJ) |

## **ORDER**

Upon consideration of both parties' Joint Motion for Clarification filed on December 2, 2014, it is this ___ day of _____ 2014, hereby,

ORDERED that the supplemental briefing, ordered from the November 7, 2014 ruling is supersede by the November 12, 2014 ruling, and is no longer requested.

_____
HON. JUDGE KETANJI BROWN JACKSON
U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHALONYA KYLE,<br><br>        PLAINTIFF<br>    vs.<br><br>SGT. DUNCAN BEDLION, *et al.*,<br><br>        DEFENDANTS | )<br>)<br>)<br>)<br>)  Civil Action No. 1:12-cv-1572 (KBJ)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I hereby certify that this 2nd day of December, 2014, I have served a copy of the foregoing **JOINT MOTION FOR CLARIFICATION** on counsel for Defendants via CM/ECF.

                    ____/s/ Daniel Hornal____
                    Daniel Hornal
                    D.C. Bar #1005381
                    Talos Law
                    705 4th St NW #403
                    Washington, DC, 20001
                    (202) 709-9662
                    Daniel@taloslaw.com
                    *Attorney for plaintiff*